UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Maria C.Y., | Case No. 26-cv-117 (MJD/DTS) |
| Petitioner, | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| v. | |
| Todd Lyons, et al., | |
| Respondents. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated January 21, 2026. Respondents filed an objection to that Report and Recommendation in the time permitted. [Doc. 7.]

Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). Based upon that review, the Court adopts the Report and Recommendation of Magistrate Judge Schultz.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge David T. Schultz dated January 21, 2026. **[Doc. 7]**;

2. Maria C.Y.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **GRANTED**;

3. The Government is ordered to issue an administrative warrant and provide Maria C.Y. with a bond hearing pursuant to 8 U.S.C. § 1226 within seven days;

4. The Government is ordered to release Maria C.Y. if it fails to issue an administrative warrant and provide Maria C.Y. with a bond hearing;

5. The Government is enjoined from denying Maria C.Y. a bond hearing on the basis that § 8 U.S.C. § 1225(b)(2) applies to her; and

6. The Government is ordered to report to the Court on or before February 4, 2026, the results of the bond hearing and/or whether Maria C.Y. has been released. [1]

LET JUDGMENT BE ENERED ACCORDINGLY.

Dated:  January 27, 2026   s/Michael J. Davis
Michael J. Davis
United States District Court

---

[1] This final requirement is a slight modification to the R&R.