# UNITED STATES DISTRICT COURT
## District of Minnesota

Maria Margarita Cunaluiza Yanchapanta,

Petitioner,

v.

Todd Lyons, Kristi Noem, Pamela Bondi,
Daren K. Margolin, David Easterwood,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-117 (MJD/DTS)

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge David T. Schultz dated January 21, 2026. **[Doc. 7]**;
2. Maria C.Y.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **GRANTED**;
3. The Government is ordered to issue an administrative warrant and provide Maria C.Y. with a bond hearing pursuant to 8 U.S.C. § 1226 within seven days;
4. The Government is ordered to release Maria C.Y. if it fails to issue an administrative warrant and provide Maria C.Y. with a bond hearing;
5. The Government is enjoined from denying Maria C.Y. a bond hearing on the basis that § 8 U.S.C. § 1225(b)(2) applies to her; and
6. The Government is ordered to report to the Court on or before February 4, 2026, the

results of the bond hearing and/or whether Maria C.Y. has been released.

Date: 1/27/2026

KATE M. FOGARTY, CLERK