UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Maria C.Y.,

        Petitioner,

v.

Todd Lyons, et al.,

        Respondents.

**ORDER DISMISSING WRIT OF HABEAS CORPUS**
Civil File No. 26-117 (MJD/DTS)

Thomas R. Anderson, III, Anderson & Anderson Law, LLC Counsel for Petitioner.

Ana H. Voss, Lucas B. Draisey, Assistant United States Attorneys, Counsel for Respondents.

On January 27, 2026, the Court granted Petitioner's Petition for Writ of Habeas Corpus and ordered Respondents to immediately release Petitioner from detention if they did not provide her with a bond hearing as detailed in the Order. [Doc. 8.] On February 4, 2026, Respondents' Counsel informed the Court that ICE had informed him that Petitioner was released from ICE custody on February 3, 2026. [Doc. 10.]

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Maria C.Y.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 6, 2026    s/Michael J. Davis
                            Michael J. Davis
                            United States District Court