# UNITED STATES DISTRICT COURT

## District of Minnesota

Maria Margarita Cunaluiza Yanchapanta

Petitioner,

v.

Todd Lyon, Kristi Noem, Pamela Bondi,
Darren K. Margolin and David Easterwood

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: **0:26-cv-00117-MJD-DTS**

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Petitioner Maria C.Y.'s Petition for Writ of Habeas Corpus [Doc. 1] is DISMISSED without prejudice.

Date: 2/6/2026

KATE M. FOGARTY, CLERK